DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## SUMNER v. NATIONWIDE MUT. INS. CO.

No. 6P92

Case below: 104 N.C.App. 803

Petition by defendant (Nationwide Mutual Ins. Co.) for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

## URBACK v. EAST CAROLINA UNIVERSITY

No. 110P92

Case below: 105 N.C.App. 605

Petition by defendant for temporary stay allowed 30 March 1992. Stay dissolved 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

## WALLACE v. HASERICK

No. 98P92

Case below: 105 N.C.App. 315

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

## WILSON v. PEARCE

No. 71P92

Case below: 105 N.C.App. 107

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992. Motion by defendants to amend petition allowed 21 April 1992.